IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>Plaintiffs,<br>vs.<br><br>HICKORY FARMS, LLC.,<br><br>Defendant. | No. 2:17-cv-00417-AJS<br><br>LEAD CASE |
| LISA FRAZIER,<br><br>Plaintiffs,<br>vs.<br><br>PRO IMAGE SPORTS, L.C.,<br><br>Defendant. | No. 2:17-cv-00449-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Lisa Frazier, by and through her undersigned counsel, and hereby advises this Honorable Court they have reached an agreement in principle with Defendant, Pro Image Sports, L.C. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: May 3, 2017                              Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet (PA87338)
bsweet@carlsonlynch.com
Stephanie Goldin (PA202865)
sgoldin@carlsonlynch.com
CARLSON LYNCH SWEET KILPELA &
CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
www.carlsonlynch.com
(p)  412 322-9243

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on May 3, 2017.

                                                                                      */s/ Benjamin J. Sweet*