IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC. et al.,<br><br>       Plaintiffs,<br>vs.<br><br>HICKORY FARMS, LLC,<br><br>       Defendant. | No. 2:17-cv-417-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI,<br><br>       Plaintiff,<br>vs.<br><br>JIMMY JAZZ, INC.,<br><br>       Defendant. | No. 2:17-cv-437-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises this Honorable Court of the settlement of this action.  The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated:  May 4, 2017                                         Respectfully Submitted,


                                                            */s/ Benjamin J. Sweet*_____
                                                            Benjamin J. Sweet (PA87338)
                                                            Stephanie Goldin (PA202865)
                                                            CARLSON LYNCH SWEET &
                                                                KILPELA LLP
                                                            1133 Penn Avenue
                                                            5th Floor
                                                            Pittsburgh, PA 15222
                                                            www.carlsonlynch.com
                                                            (p)  412 322-9243
                                                            (f)   412 231-0246

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on this 4th day of May, 2017.

<u>*/s/ Benjamin J. Sweet*</u>