**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Access Now, Inc., *et al.*, | : | Case No. 2:17-CV-00417 |
| Plaintiffs, | : | (Hon. Arthur J. Schwab) |
| vs. | : | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT** |
| Hickory Farms, LLC, | : | **HICKORY FARMS, LLC** |
| Defendant. | : | Lynn Vuketich Luther EASTMAN & SMITH LTD. |
| | : | One SeaGate, 24th Floor P.O. Box 10032 |
| | : | Toledo, OH  43699-0032 Telephone: (419) 241-6000 |
| | : | Fax: (419) 247-1777 Email:  LVLuther@eastmansmith.com |
| | : | |
| | | Attorney for Defendant |
| | : | Hickory Farms, LLC |

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant Hickory Farms, LLC, in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

3988965 .1

Respectfully submitted,

EASTMAN & SMITH LTD.

/s/ Lynn Vuketich Luther
Lynn Vuketich Luther (OH 0075166)
One SeaGate, 24th Floor
P.O. Box 10032
Toledo, OH  43699-0032
Telephone: (419) 241-6000
Fax: (419) 247-1777
Email:  LVLuther@eastmansmith.com
Attorney for Defendant
Hickory Farms, LLC

## CERTIFICATE OF SERVICE

This is to certify that on June 16, 2017 the foregoing document was electronically submitted to the Clerk of the Court for the United States District Court for the Western District of Pennsylvania, using the electronic case file system of the Court. The electronic case file system sent a "Notice of Electronic Filing" to the following individuals who, by rule, have consented to accept the Notice as service of this document by electronic means:

Benjamin J. Sweet bsweet@carlsonlynch.com
R. Bruce Carlson bcarlson@carlsonlynch.com
Stephanie K. Goldin sgoldin@carlsonlynch.com
Kevin W. Tucker ktucker@carlsonlynch.com
Carlson Lynch Sweet Kipela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

/s/ Lynn Vuketich Luther
Attorney for Defendant
Hickory Farms, LLC