IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>　　　　Plaintiffs,<br>vs.<br><br>HICKORY FARMS, LLC.,<br><br>　　　　Defendant. | No. 2:17-cv-00417-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI,<br><br>　　　　Plaintiff,<br>vs.<br><br>THE SHERWIN-WILLIAMS COMPANY,<br><br>　　　　Defendant. | No. 2:17-cv-00430-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, The Sherwin-Williams Company. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: June 30, 2017　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff:**

　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet, Esquire
　　　　　　　　　　　　　　　　　　　　Kevin W. Tucker, Esquire
　　　　　　　　　　　　　　　　　　　　Carlson Lynch Sweet & Kilpela, LLP
　　　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　412-322-9243 (phone)
　　　　　　　　　　　　　　　　　　　　bsweet@carlsonlynch.com
　　　　　　　　　　　　　　　　　　　　ktucker@carlsonlynch.com