IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>Plaintiffs,<br>vs.<br><br>HICKORY FARMS, LLC.,<br><br>Defendant. | No. 2:17-cv-00417-AJS<br><br>LEAD CASE |
| LISA FRAZIER,<br><br>Plaintiff,<br>vs.<br><br>SAM LEVIN INC.,<br><br>Defendant. | No. 2:17-cv-00419-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Lisa Frazier, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, Sam Levin, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: June 30, 2017                    Respectfully Submitted,

**Counsel for Plaintiff:**

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esquire
Kevin W. Tucker, Esquire
Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243 (phone)
bsweet@carlsonlynch.com
ktucker@carlsonlynch.com