IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>   Plaintiffs,<br>vs.<br><br>HICKORY FARMS, LLC.,<br><br>   Defendant. | No. 2:17-cv-00417-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI,<br><br>   Plaintiff,<br>vs.<br><br>PPG INDUSTRIES, INC.,<br><br>   Defendant. | No. 2:17-cv-00438-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, PPG Industries, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

Dated: July 25, 2017        Respectfully Submitted,

      **Counsel for Plaintiff:**

      */s/ Benjamin J. Sweet*
      Benjamin J. Sweet, Esquire
      Kevin W. Tucker, Esquire
      Carlson Lynch Sweet & Kilpela, LLP
      1133 Penn Avenue, 5th Floor
      Pittsburgh, PA 15222
      412-322-9243 (phone)
      bsweet@carlsonlynch.com