IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>HICKORY FARMS, LLC.,<br><br>　　　　　Defendant. | No. 2:17-cv-00417-AJS<br><br>LEAD CASE |

## NOTICE OF SETTLEMENT

　　　　COMES NOW Plaintiffs Rachel Gniewkowski, Access Now, Inc., and R. David New, by and through their undersigned counsel, and hereby advises this Honorable Court they have reached an agreement in principle with Defendant, Hickory Farms, LLC.

Dated: July 26, 2017　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**Counsel for Plaintiff:**

　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet, Esquire
　　　　　　　　　　　　　　　　　　　　Kevin W. Tucker, Esquire
　　　　　　　　　　　　　　　　　　　　Carlson Lynch Sweet & Kilpela, LLP
　　　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　412-322-9243 (phone)
　　　　　　　　　　　　　　　　　　　　bsweet@carlsonlynch.com