UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RACHEL GNIEWKOWSKI; ACCESS NOW, INC., a not-for-profit corporation; and R. DAVID NEW,<br><br>Plaintiffs,<br>vs.<br><br>HICKORY FARMS, LLC.,<br><br>Defendant. | No. 2:17-cv-00417-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI,<br><br>Plaintiff,<br>v.<br><br>ALEX AND ANI, LLC,<br><br>Defendant. | No. 2:17-cv-00428-AJS<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, Alex and Ani, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

*/s/ Kevin W. Tucker*
Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on August 28, 2017, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

                                                Respectfully Submitted,

                                 By:  */s/ Kevin W. Tucker*
                                         Kevin W. Tucker (PA Bar No. 312144)